JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE LEE,<br><br>        Plaintiff,<br><br>   vs.<br><br>SARIQBAL SINGH dba Calimex Liquor; and DOES 1-10,<br><br>        Defendants. | **Case No.: 2:17-cv-06051 R (AGRx)**<br>Assigned to Hon. Manuel L. Real<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL OF THE ENTIRE ACTION**<br><br>Complaint Filed: August 15, 2017<br>Trial Date:      June 26, 2018 |

ORDER

Based on the stipulation of the parties and for good cause shown:

IT IS HEREBY ORDERED that the entire action be dismissed with prejudice, both sides to bear their own fees and costs.

SO ORDERED.

DATED: May 7, 2018   _____
United States District Court Judge